# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $423,600.00 SEIZED FROM MISSION BANK ACCOUNT NUMBER 1006675, HELD IN THE NAME OF MIKE SEGUINE dba MIKE'S COIN & STAMP,<br><br>Defendant.<br>_____/ | Case No. 1:12-cv-01977-LJO-SKO<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR SUBSTITUTION OF COUNSEL**<br><br>(Docket No. 16) |

On October 31, 2013, Defendant Approximately $423,600.00 ("Defendant Currency") and Claimants Mike Seguine DBA Mike's Coin & Stamp and Cathy Sequine (collectively "Claimants") filed a request seeking to substitute Kenneth Mark Barish, Esq., as counsel of record in place of current counsel Michael P. Means, Esq.  (Doc. 16.)

Rule 182(g) of the Local Rules of the United States District Court, Eastern District of California, provides that a request for substitution of counsel "shall be signed by the withdrawing attorney, the new attorney, and the client." Local Rule 182(g).  Here, the withdrawing attorney has not signed the submitted request to substitute counsel.  (*See* Doc. 16.)  Accordingly, the request by Defendant Currency and Claimants to substitute counsel is DENIED without prejudice.

1  Defendant Currency and Claimants may renew their request to substitute counsel by filing a
2  request that fully complies with Local Rule 182.

IT IS SO ORDERED.

Dated:   **November 1, 2013**                          **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE

2