BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $423,600.00<br>SEIZED FROM MISSION BANK<br>ACCOUNT NUMBER 1006675, HELD<br>IN THE NAME OF MIKE SEGUINE<br>dba MIKE'S COIN & STAMP,<br><br>              Defendant. | 1:12-CV-01977-LJO-SKO<br><br>**STIPULATION TO STAY CIVIL PROCEEDINGS** |

IT IS HEREBY STIPULATED between the United States of America and Claimants

Michael Seguine and Cathy Seguine ("Claimants"), by and through their respective counsel,

that a stay is necessary in the above-entitled action and request the Court enter an order

staying proceedings pending resolution of the currently active criminal investigation.

1.      On December 3, 2012, the United States filed a civil judicial "Verified

Complaint for Forfeiture In Rem," in the Eastern District of California: *United States v.*

*Approximately $423,600.00 Seized From Mission Bank Account Number 1006675, held in*

*the name of Mike Seguine dba Mike's Coin & Stamp,*  Docket No. 1:12-CV-01977-LJO-SKO, ECF No. 1.

2.     On January 9, 2013, Claimants filed judicial claims to the defendant funds; and on January 28, 2013, Claimants filed an Answer.  ECF Nos. 6, 7, 8.

3.     As provided by 18 U.S.C. § 981(g)(1), upon request of the United States, the court "shall" stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

4.     As provided by 18 U.S.C. § 981(g)(2), upon request by the claimant, the court "shall" stay the civil forfeiture proceedings if the court determines that the claimant is the subject of a related criminal investigation or case, the claimant has standing to assert a claim in the civil forfeiture proceeding, and continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

5.     As provided in both 18 U.S.C. §§ 981(g)(1) and (g)(2), the parties wish by agreement to stay the civil forfeiture proceedings entirely, as the parties stipulate and agree that there is a related ongoing criminal investigation of which Claimants are a subject, that Claimants have standing to assert a claim in the civil forfeiture proceeding, that continuation of the forfeiture proceeding will burden the right of Claimants against self-incrimination in the related criminal prosecution, and that the present civil discovery will adversely affect the ability of the United States to conduct the related criminal investigation.

Stipulation To Stay of Civil Proceedings

6. Accordingly, the parties agree that the stay be imposed. As the criminal investigation has not yet resulted in criminal charges, the parties wish the stay to be in effect only until March 11, 2014. The parties request that the court set a status hearing on or about March 4, 2014. The parties will file a joint status report one week prior, informing the court whether the continuation of the stay is still necessary.

Dated: November 7, 2013      BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: November 7, 2013      /s/ Michael P. Mears
MICHAEL P. MEARS
Attorney for Claimants

## ORDER

Pursuant to the above stipulation between the parties, IT IS HEREBY ORDERED that:

1. Pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), this action is stayed until March 11, 2014, due to the related criminal investigation;

2. A status conference is set for March 4, 2014, at 10:30 a.m., before Magistrate Judge Sheila K. Oberto; and

//

//

//

3

Stipulation To Stay of Civil Proceedings

3.      The parties shall file a joint status report by no later than February 25, 2014, informing the Court about the status of the case and whether a continuation of the stay is necessary.

IT IS SO ORDERED.

Dated:    __November 10, 2013__              _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE