IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CV-01977-LJO-SKO |
| Plaintiff, | ) |
| v. | ) **STATUS REPORT RE:** <br> ) **STAY OF CIVIL PROCEEDINGS;** <br> ) **ORDER THEREON** |
| APPROXIMATELY $423,600.00 SEIZED FROM MISSION BANK ACCOUNT NUMBER 1006675, HELD IN THE NAME OF MIKE SEGUINE dba MIKE'S COIN & STAMP, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the United States of America and Claimants Michael Seguine and Cathy Seguine ("Claimants"), by and through their respective counsel, as follows:

1. On December 3, 2012, the United States filed a civil judicial "Verified Complaint for Forfeiture In Rem," in the Eastern District of California: *United States v. Approximately $423,600.00 Seized From Mission Bank Account Number 1006675, held in the name of Mike Seguine dba Mike's Coin & Stamp,* Docket No. 1:12-CV-01977-LJO-SKO,

ECF No. 1.

2.  On January 9, 2013, Claimants filed judicial claims to the defendant funds; and on January 28, 2013, Claimants filed an Answer.  ECF Nos. 6, 7, 8.

3.  On November 7, 2013, the parties jointly requested the instant matter be stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). ECF No. 18.

4.  On November 12, 2013, the Court stayed the instant matter and ordered the parties to file, no later than February 25, 2014, a joint status report informing the Court of the status of the case and whether a continuation of the stay was necessary.  ECF No. 19.

5.  As provided by both 18 U.S.C. §§ 981(g)(1) and (g)(2), the parties hereby again jointly request the continuation of the present stay of the civil forfeiture proceedings due to: the related ongoing criminal investigation of which Claimants are a subject, Claimants have standing to assert a claim in the civil forfeiture proceeding, continuation of the forfeiture proceeding will burden the right of Claimants against self-incrimination in the related criminal prosecution, and civil discovery will adversely affect the ability of the United States to conduct the related criminal investigation.

6.  As the criminal investigation has not yet resulted in criminal charges, the parties wish the stay to be in effect until June 4, 2014.  The parties will file a joint status report one week prior, no later than May 28, 2014, informing the court whether the continuation of the stay is still necessary.  Should a criminal proceeding be instituted prior to June 4, 2014, the parties shall inform the Court of such criminal action, and hereby request that in such event, the current stay of the civil forfeiture proceeding shall continue in effect pending resolution of the criminal proceeding without further need to so move the

Court.

Dated:   February 24, 2014                    BENJAMIN B. WAGNER
                                              United States Attorney


                                              /s/ Heather Mardel Jones
                                              HEATHER MARDEL JONES
                                              Assistant United States Attorney


Dated:   February 24, 2014                    /s/Kenneth M. Barish
                                              KENNETH M. BARISH
                                              Attorney for Claimants


## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. This action shall remain STAYED until June 4, 2014;

2. The parties shall file a joint status update on or before May 28, 2014, informing the Court whether continuation of the stay is necessary; and

3. If criminal proceedings are instituted prior to June 4, 2014, the parties shall inform the Court and, at that time, the Court will decide whether this action will remain stayed for the duration of any criminal action instituted.

IT IS SO ORDERED.

Dated:   **February 27, 2014**                    /s/ **Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE