IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CV-01977-LJO-SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATUS REPORT RE:** |
| v. | ) | **STAY OF CIVIL PROCEEDINGS; ORDER** |
| | ) | **THEREON** |
| | ) | |
| APPROXIMATELY $423,600.00 | ) | |
| SEIZED FROM MISSION BANK | ) | |
| ACCOUNT NUMBER 1006675, HELD | ) | |
| IN THE NAME OF MIKE SEGUINE | ) | |
| dba MIKE'S COIN & STAMP, | ) | |
| | ) | |
| Defendant. | ) | |

The United States, by and through its attorney, provides the following status report:

1. On December 3, 2012, the United States filed a civil judicial "Verified Complaint for Forfeiture In Rem," in the Eastern District of California: *United States v. Approximately $423,600.00 Seized From Mission Bank Account Number 1006675, held in the name of Mike Seguine dba Mike's Coin & Stamp,* Docket No. 1:12-CV-01977-LJO-SKO, ECF No. 1.

2. On January 9, 2013, Claimants filed judicial claims to the defendant funds;

1   Status Report Re: Stay of Civil Proceedings;
    ORDER THEREON

and on January 28, 2013, Claimants filed an Answer.  ECF Nos. 6, 7, 8.

3. On November 7, 2013, the parties jointly requested the instant matter be stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). ECF No. 18.

4. On November 12, 2013, the Court stayed the instant matter and ordered the parties to file, no later than February 25, 2014, a joint status report informing the Court of the status of the case and whether a continuation of the stay was necessary.  ECF No. 19.

5. On February 27, upon continued request by the parties, the Court stayed the instant matter to June 4, 2014.  ECF. No. 24.

6. Since that time the parties have been in regular contact as part of continued and ongoing pre-indictment plea negotiations.  Additionally, counsel for Claimants, Mr. Ken Barrish, has been away from the office recuperating from knee surgery.  The United States requests an additional 45 days to complete settlement negotiations.

7. As provided by both 18 U.S.C. §§ 981(g)(1) and (g)(2), the United States requests a short continuation of the present stay of the civil forfeiture proceedings due to: the related ongoing criminal investigation of which Claimants are a subject, Claimants have standing to assert a claim in the civil forfeiture proceeding, continuation of the forfeiture proceeding will burden the right of Claimants against self-incrimination in the related criminal prosecution, and civil discovery will adversely affect the ability of the United States to conduct the related criminal investigation.

8. As the criminal investigation has not yet resulted in criminal charges, the parties wish the stay to be in effect until July 18, 2014.  The parties will file a joint status report one week prior, no later than July 11, 2014.  Should a criminal proceeding be

instituted prior to July 18, 2014, the parties shall inform the Court of such criminal action, and hereby request that in such event, the current stay of the civil forfeiture proceeding shall continue in effect pending resolution of the criminal proceeding without further need to so move the Court.

Dated: May 28, 2014                BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Heather Mardel Jones
                                   HEATHER MARDEL JONES
                                   Assistant United States Attorney

## ORDER

Pursuant to the parties' status report and stipulation, IT IS HEREBY ORDERED that:

1. The stay of litigation shall remain in effect until July 18, 2014;
2. The parties shall file a joint status report on or before July 11, 2014; and
3. The parties shall inform the Court if a criminal action is instituted prior to July 18, 2014.

IT IS SO ORDERED.

Dated: **May 28, 2014**                /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

Status Report Re: Stay of Civil Proceedings;
ORDER THEREON

3