# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cv-1977-LJO-SKO |
| Plaintiff. | |
| v. | |
| APPROXIMATELY $423,600.00 SEIZED FROM MISSION BANK ACCOUNT NUMBER 1006675, HELD IN THE NAME OF MIKE SEGUINE dba MIKE'S COIN & STAMP, | **ORDER AFTER SETTLEMENT** |
| Defendant. | |

On July 11, 2014, Plaintiff United States of America ("Plaintiff") filed a Notice of Settlement indicating that the appearing parties in this matter have reached a settlement.  (Doc. 28.)  Plaintiff indicated it will file dispositional documents pursuant to Local Rule 160 within 21 days of filing the Notice of Settlement.

1

Accordingly, the Court ORDERS the parties, **by no later than August 1, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

The Court VACATES all pending matters and dates.  The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violates this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:   **July 17, 2014**                         **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

2